# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

__Civil__ Division

FILED
DEC 13 2017
Clerk U.S. District Court
Greensboro, NC

| | |
|---|---|
| Brian Zielny | Case No. 17CV1116 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Costco Wholesale<br>Keith Napalotano, Ryan Hansen, Ray Kowalski, John Cunhya | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brian Zielny |
   | Street Address | 406 East Greenway Drive North |
   | City and County | Greensboro   Guilford |
   | State and Zip Code | NC 27403 |
   | Telephone Number | 336-880-7099 |
   | E-mail Address | epicuriaradio@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Costco Wholesale |
| Job or Title (if known) | Employer |
| Street Address | 999 Lake Drive |
| City and County | Issaquah |
| State and Zip Code | WA 98029 |
| Telephone Number | (425) 313-8100 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Keith Napolitano |
| Job or Title (if known) | Warehouse Manager - Greensboro Costco #339 |
| Street Address | 4201 W. Wendover Ave |
| City and County | Greensboro   Guilford |
| State and Zip Code | NC 27407 |
| Telephone Number | (336) 291-4013 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Ryan Hansen |
| Job or Title (if known) | Front End Manager Warehouse #339 |
| Street Address | 4201 W. Wendove Ave. |
| City and County | Greensboro   Guilford |
| State and Zip Code | NC  27407 |
| Telephone Number | (336) 291-4013 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | John Cunhya |
| Job or Title (if known) | Assistant Front End Manager Warehouse #339 |
| Street Address | 4201 W. Wendover Ave |
| City and County | Greensboro   Guilford |
| State and Zip Code | NC  27407 |
| Telephone Number | (336) 291-4013 |
| E-mail Address (if known) | |

Defendant #5 Name: Ray Kislowski
Address: 4201 W. Wendover Ave
City/County: Greensboro  Guilford
State/Zip Code: NC 27407

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Costco Wholesale |
| Street Address | 4201 West Wendover |
| City and County | Greensboro   Guilford |
| State and Zip Code | NC 27407 |
| Telephone Number | (336) 291-4013 |

**II. Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to (check all that apply):

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☐ Other federal law (specify the federal law):

☐ Relevant state law (specify, if known):

☐ Relevant city or county law (specify, if known):

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) between November 2016 through September 5, 2017 (date of termination)

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* Attention Deficit Disorder and Paralyzed Left Arm

E. The facts of my case are as follows. Attach additional pages if needed.

Starting July 1994 until my untimely termination on September 5, 2017, I had been continuously employed by Costco Wholesale.

During my career I had been promoted repeatedly until reaching the position of: Photo Lab Manager/NorthEast Regional Trainer which I had done with excellence for a few years.

I relocated to Greensboro NC in September 2003. I had to take a pay cut and demotion. I had exceptional results as Photo Lab Supervisor. There had been few/no issues.

During that time I was awarded the company's highest honor, the President's Award. I was not recognized for this accomplishment by local management as suggested by corporate guidelines and was the only employee to ever receive such an honor at Costco #339.

In July of 2013 drastic unforeseen changes in my personal life had prevented my ability to continue as photo lab supervisor..

Management at that time had increased criticism and scrutiny as well as reprimanded me repeatedly until forcing my demotion to Full Time Cashier. The new position required 2 healthy arms and my left arm is paralyzed.

I had taken an extended leave of absence from July 2013 to July 2014. Upon my return in 2014 as a Cashier and through 2016 my work attendance continued with very few medically necessary interruptions. Overseeing management had changed around December 2016 , t I was not recognized for this accomplishment yet was the only employee to ever receive such an honor at Costco 339. My productivity was unrivaled with the other employees. Within my last nine months, and under new management, I was reprimanded more times than I had ever been, within all my years combined.

I experienced discrimination and retaliation from both upper management such as Ray Kislowski, but mostly with the new management, Keith N, Ryan Hanson,and John Cunhya. All Defendants either modified existing accommodations or made less than accurate performance evaluations which was re-written approximately four times before being administered. However, my review in July of 2016 was stellar. Even with an amazing review, I was turned down for a position that I had much previous experience doing. The position was given to someone fairly new to the company with no previous experience.

I was treated unethically in more than one instance. For example, I witnessed an employee commit a "hit and run" and was able to take a picture of the licence plate with my phone. After reporting the incident, I was given a letter of appreciation yet given a warning not to use my phone, (even to record illegal activity as evidence). The employee was suspended eventually and reluctantly fired by management.

Because of the immediate stopping of previous accommodations that were being taken away from and my ultimate termination I believe that management has repeatedly behaved in a harassing retaliatory and discriminatory fashion.

In conclusion, this is a brief list of some of the harassing retaliatory or discriminatory actions I had endured and reported to Costco corporate HR and then the EEOC upon my untimely and unjustifiable termination on September 5, 2017. On September 14, 2017 the EEOC had given me a Right to Sue notice.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

September 7, 2017

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on (date) 09/17/2017

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

```
Lost Wages until Retirement    (18 years x $55,000)   = $990,000.00
Lost Employer 401k Contribution (18 years x $4,500)   =  $81,000.00
Punitive Damages (est. 14 H/D/R occurences x $7,500)  = $105,000.00
Exemplary Damages for Repeated wrongful Suspensions   = $550,000.00
```

Total:                                                    $1,726,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 13, 2017

Signature of Plaintiff

Printed Name of Plaintiff: Brian Zielny

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 435-2017-00853 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Brian Zielny | (336) 880-7099 | 1970 |

Street Address: 406 East Greenway Dr., Greensboro, NC 27403

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| COSTCO 339 - GREENSBORO | 500 or More | (336) 291-4010 |

Street Address: 4201 West Wendover, Greensboro, NC 27407

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: _____ Latest: 09-05-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed as a Cashier with the above Respondent. I had been employed with Respondent since on or about July 1994.

Management changed in January 2017, I complained about how I was targeted and was not accommodated for my medical issues starting in March 2017 until I was terminated. After I complained, I was subjected to more harassment where I was not being accommodated by my schedule being constantly changed and not given to me ahead of time as required. Management required me to work on established days off causing me to call out, be counseled, and suspended. I was terminated September 5, 2017, for excessive absenteeism and policy violation

I believe I was being discriminated against because of my medical issues and was disciplined and schedules changed in retaliation for requesting accommodation, in violation of Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Sep 14, 2017
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)